UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

BISHWA NAND,

        Plaintiff,

   v.

SHEA MORTGAGE INC., Domestic Corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation; COUNTRYWIDE HOME LOANS INC., New York corporation; BAC HOME LOANS SERVICING, LP; and DOES 1-100, inclusive,

        Defendants.
_____/

NO. CIV. 2:10-1708 WBS DAD

ORDER

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, of which Countrywide Financial Corporation and Countrywide Home Loans Inc. are subsidiaries, I must recuse myself from this case for the reasons stated in Amstadter v. Bank of America, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

1

1  IT IS THEREFORE ORDERED that the Clerk of the Court
2 reassign this case to another judge for all further proceedings,
3 making appropriate adjustments in the assignments of civil cases
4 to compensate for such reassignment.
5 DATED:  August 6, 2010

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE